UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW LEMUS, | ) | NO. CV 14-5006-JVS (E) |
|       Petitioner, | ) | |
| v. | ) | JUDGMENT |
| FRED FOULK, | ) | |
|       Respondent. | ) | |

Pursuant to the "Order Denying Motion for Extension of Time," this action is dismissed without prejudice.

DATED: 7-3-14

/s/ James V. Selna
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE